# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) Case No. CV412-146
 )
BULL RIVER MARINA, LLC; )
MARK ALLEN WELLS; THOMAS )
W. WILLIAMS, II; YVONNE WELLS; )
And DOUGLAS PITTS; )
 )
    Defendants. )

## ORDER

A few days before the Court denied plaintiff North American Specialty Insurance Company's ("NAS") motion for a protective order to prevent the taking of three noticed depositions, defendant Mark Allen Wells moved to compel the taking of those depositions. (Doc. 44.) As the order denying the motion for a protective order mooted the motion to compel, it is **DENIED**. Additionally, the Court notes that the filing of the motion to compel was entirely unnecessary under the circumstances, as NAS had already moved for a protective order on the exact same issue.

Hence, any monetary award under Fed. R. Civ. P. 37 is unwarranted.

**SO ORDERED** this 17TH day of April, 2013.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2