FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY -2 PM 2:51

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) CASE NO. CV412-146
)
BULL RIVER MARINA, LLC; MARK )
ALLEN WELLS; THOMAS W. )
WILLIAMS, II; YVONNE WELLS; )
DOUGLAS PITTS; CHRISTOPHER )
TANNER; )
)
Defendants. )
)

# O R D E R

Before the Court is Plaintiff's Motion to Reopen Case and For Clarification And/Or Reconsideration of Order Date January 26, 2016. (Doc. 116.) The Court notes that the parties have appealed (Doc. 118; Doc. 121) the Court's Order (Doc. 114) to the Eleventh Circuit Court of Appeals. The Court sees no reason to clarify or reconsider its prior decision. Plaintiff's motion (Doc. 116) is therefore **DENIED**.

SO ORDERED this 2ND day of May 2016.

WILLIAM T. MOORE, JR.,
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA