IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV412-146
 )
BULL RIVER MARINA, LLC; MARK )
ALLEN WELLS; THOMAS W. )
WILLIAMS, II; YVONNE WELLS; )
DOUGLAS PITTS; and CHRISTOPHER )
TANNER; )
 )
    Defendants. )
 )

## O R D E R

On January 27, 2016, this Court entered an order granting in part and denying in part summary judgment to Defendants and granting in part and denying in part summary judgment to Plaintiff. (Doc. 114.) The parties subsequently appealed that order. (Doc. 118; Doc. 121.) On August 24, 2016, the case was remanded to this Court "for the limited purpose of determining the citizenships of the parties, in order to establish whether diversity jurisdiction existed at the time of the complaint." (Doc. 125 at 1.) According to the remand, "the pleadings and the current record fail to establish the citizenships of Bull River Marina, LLC ('Bull River'), by failing to confirm that Fred Tanner, Christopher Tanner, Kendall Tanner, and Bernard Portman are the only members of Bull River." (Id. at 2.) To the best of

this Court's knowledge, the Eleventh Circuit Court of Appeals wishes the Plaintiff to specifically state that the above mentioned individuals are the only members of Defendant Bull River and provide their citizenships. Accordingly, Plaintiff is **DIRECTED** to file an amended complaint within fifteen days from the date of this order specifically naming all members of Defendant Bull River and their citizenships.[1]

SO ORDERED this 9th day of September 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court will not accept any amended complaint that incorporates by reference any factual allegation or argument contained in an earlier filing, or offers only a piecemeal amendment. Plaintiff's amended complaint should be a stand-alone filing that independently contains all the factual allegations necessary to establish diversity between the parties.