# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
)
Plaintiff, )
)
v. ) CASE NO. CV412-146
)
BULL RIVER MARINA, LLC; MARK )
ALLEN WELLS; THOMAS W. )
WILLIAMS, II; YVONNE WELLS; )
DOUGLAS PITTS; and )
CHRISTOPHER TANNER; )
)
Defendants. )
)

## ORDER

On January 27, 2016, this Court entered an order granting in part and denying in part summary judgment to Defendants and granting in part and denying in part summary judgment to Plaintiff. (Doc. 114.) The parties subsequently appealed that order. (Doc. 118; Doc. 121.) On August 24, 2016, the case was remanded to this Court "for the limited purpose of determining the citizenships of the parties, in order to establish whether diversity jurisdiction existed at the time of the complaint." (Doc. 125 at 1.) According to the remand, "the pleadings and the current record fail to establish the citizenships of Bull River Marina, LLC ('Bull River'), by failing to confirm that Fred Tanner,

Christopher Tanner, Kendall Tanner, and Bernard Portman are the only members of Bull River." (Id. at 2.)

On September 9, 2016, the Court entered an order directing Plaintiff to file an amended complaint specifically naming all members of Defendant Bull River and their citizenships. On September 23, 2016, Plaintiff filed an amended complaint stating that the two members of Defendant Bull River are John Fred Tanner and Kendall Tanner, whom are both residents of and domiciled in Buford, Georgia. (Doc. 127 at 2.) Plaintiff also amended the complaint to show that Defendant Christopher Tanner is a citizen of Georgia, Defendant Mark Allen Wells is a citizen of Tennessee, Defendant Yvonne Wells is a citizen of Tennessee, Defendant Douglas Pitts is a citizen of Kentucky, and Defendant Thomas Williams, II is a citizen of Georgia. (Id.)

Defendants, however, have alleged in their answer that "Plaintiff has still failed to allege the citizenship of the individual members of Bull River Marina, LLC." (Doc. 128 at 4; Doc. 129 at 4.) While it is unclear to the Court what exactly Defendants believe is incorrect, the Court will grant Defendants the opportunity to further flesh out their objection. Accordingly, Defendants are **DIRECTED** to file within fifteen days from the date of this order a

2

brief specifically detailing their objection to the citizenship information provided in Plaintiff's amended complaint. Plaintiff shall have fifteen days to respond to Defendants' brief.

SO ORDERED this 20th day of October 2016.

					_____
					WILLIAM T. MOORE, JR.
					UNITED STATES DISTRICT COURT
					SOUTHERN DISTRICT OF GEORGIA