IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NORTH AMERICAN SPECIALTY )
INSURANCE COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV412-146
 )
BULL RIVER MARINA, LLC; MARK )
ALLEN WELLS; THOMAS W. )
WILLIAMS, II; YVONNE WELLS; )
DOUGLAS PITTS; and CHRISTOPHER )
TANNER; )
 )
    Defendants. )
_____ )

## O R D E R

On January 27, 2016, this Court entered an order granting in part and denying in part summary judgment to Defendants and granting in part and denying in part summary judgment to Plaintiff. (Doc. 114.) The parties subsequently appealed that order. (Doc. 118; Doc. 121.) On August 24, 2016, the case was remanded to this Court "for the limited purpose of determining the citizenships of the parties, in order to establish whether diversity jurisdiction existed at the time of the complaint." (Doc. 125 at 1.) According to the remand, "the pleadings and the current record fail to establish the citizenships of Bull River Marina, LLC ('Bull River'), by failing to confirm that Fred Tanner, Christopher Tanner, Kendall Tanner, and Bernard Portman are the only members of Bull River." (Id. at 2.)

On September 9, 2016, the Court entered an order directing Plaintiff to file an amended complaint specifically naming all members of Defendant Bull River and their citizenships. On September 23, 2016, Plaintiff filed an amended complaint stating that the two members of Defendant Bull River are John Fred Tanner and Kendall Tanner, whom are both residents of and domiciled in Buford, Georgia. (Doc. 127 at 2.) Plaintiff also amended the complaint to show that Defendant Christopher Tanner is a citizen of Georgia, Defendant Mark Allen Wells is a citizen of Tennessee, Defendant Yvonne Wells is a citizen of Tennessee, Defendant Douglas Pitts is a citizen of Kentucky, and Defendant Thomas Williams, II is a citizen of Georgia. As Plaintiff is a citizen of New Hampshire, the Court determines that complete diversity exists.[1] Accordingly, the Clerk of Court is **DIRECTED** to return this case to the Eleventh Circuit Court of Appeals for further proceedings.

SO ORDERED this 7th day of November 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that Defendants have withdrawn their objection to a finding of diversity jurisdiction. (Doc. 134 at 3.)